IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CURTIS MCCLENDON,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-3815

_____/

Opinion filed July 8, 2014.

An appeal from the Circuit Court for Gadsden County.
Jonathan E. Sjostrom, Judge.

Curtis McClendon, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Wes Paxson, III, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

The appellant appeals the summary denial of a motion for postconviction

relief filed pursuant to Florida Rule of Criminal Procedure 3.850. The State

concedes that grounds one, two and five were improperly denied as facially

insufficient because the trial court never granted leave to amend. Thus, we reverse

and remand for the trial court to grant the appellant leave to amend grounds one, two and five pursuant to <u>Spera v. State</u>, 971 So. 2d 754 (Fla. 2007) (holding that a trial court must allow the defendant at least one opportunity to amend facially insufficient claims).  We otherwise affirm the order on appeal.

AFFIRMED in part, REVERSED and REMANDED in part.

WOLF and WETHERELL, JJ., and MONACO, TOBY S., ASSOCIATE JUDGE, CONCUR.